UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 2:20-cr-111-SPC-NPM

BRANTLEY SEYMORE

## ORDER

Before the Court is Defendant Brantley Seymore's Request for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 of the U.S. Sentencing Commission. (Doc. 66). In his two-sentence request, Seymore asserts that he qualifies for relief under Amendment 782 and should receive a two-level reduction. He provides no further argument or explanation. The Government opposes the request. (Doc. 68).

The Court denies the motion because Seymore is ineligible for the requested relief. In June 2021, the Court sentenced Seymore to 151 months' imprisonment on a drug-related charge. (Doc. 45). He was sentenced under the 2018 Guidelines Manual, which, as the Government explains, incorporated Amendment 782. *See* Presentence Report ¶ 21 (applying base offense level 16 to his offense that involved 5.839 grams of cocaine). Accordingly, Seymore's guidelines range has not changed, and thus he is ineligible for a sentence reduction under Amendment 782.

Accordingly, it is

**ORDERED**:

Defendant Brantley Seymore's Request for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 of the U.S. Sentencing Commission (Doc. 66) is **DENIED**.

**DONE and ORDERED** in Fort Myers, Florida on October 10, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All parties of record